[No. 65114-5-I.   Division One.   August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JAMES GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00529-6, Richard D. Eadie, J., entered March 9, 2010. *Remanded* by unpublished opinion per Lau, J., concurred in by Appelwick and Spearman, JJ.

[No. 65127-7-I.   Division One.   August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PEPPER NICOLE PRIGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01710-1, Michael T. Downes, J., entered March 18, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65262-1-I.   Division One.   August 1, 2011.]

*In the Matter of the Marriage of* DARREN GILLESPIE, *Appellant*, and CORINNA GILLESPIE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-06767-5, James A. Doerty, J., entered March 22, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Ellington, JJ.

[No. 65352-1-I.   Division One.   August 1, 2011.]

W.H. HUGHES, JR., COMPANY, INC., *Appellant*, v. KEVIN DAY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-42397-2, Ronald Kessler, J., entered March 12, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Spearman, JJ.